

**Gray T. Culbreath | Direct Dial: 803.255.0421 | E-Mail: gculbreath@collinsandlacy.com**

February 17, 2010

**VIA ECF**
The Honorable R. Bryan Harwell
U.S. District Court Judge
United States District Court
Post Office Box 2317
Florence, SC  29503

      RE:    Ted J. Roper and IRA of T.J. Roper, Individually and as Class Representatives v. **H.D. Vest Investment Securities, Inc**., Hartford Life and Annuity-ILA, Hartford Investment Services, LLC, and **William M. Gordon**
            Civil Action No. 6:09-cv-1779-RBH
            C&L File No. 1043-117

Dear Judge Harwell:

      You will recall that you entered a stay in this case to allow the parties to mediate.  That stay expires on March 1.   Despite our best efforts, the parties have been unable to get mediation completed in this case.  The parties were originally scheduled to mediate the case on Monday, February 1 but the mediation was cancelled because of snow and ice.  The parties again rescheduled the mediation for February 15 only to have it cancelled once again because of snow and ice which made it difficult for the parties and their lawyers to travel to Greenville for the mediation.  It now appears that the mediation will take place on March 9 or 10 which is outside the date of the stay.  Accordingly, the parties request that the Court extend the stay until the end of March to allow us to mediate the case and resolve it.

      I volunteered among counsel for the parties to contact the Court.  If the Court has any questions, please contact me and I will arrange for a conference among the parties and the Court.

      Thank you for your attention in this matter.

                                                Sincerely,

                                                Gray T. Culbreath

GTC:mjl
cc:    John A. Hagins, Jr., Esquire
        Howard William Paschal, Jr., Esquire
        William B. Wahlheim, Esquire